UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RICHARD HY,

              Plaintiff,

     – against –

CITY OF BUFFALO,

             Defendant.

_____

**DECLARATION IN RESPONSE
TO ORDER TO SHOW CAUSE**

Civ. Action No.: 1:26-cv-01251-JLS

Jared K. Cook, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows.

1. I am an attorney admitted to practice in this court, and associated with Tully Rinckey, PLLC, which represents Plaintiff Richard Hy in this action. I am familiar with this action and I make this declaration based upon my own personal knowledge, in response to the order to show cause entered by text order dated June 30, 2026.

2. The complaint in this matter was filed June 17, 2026. Apparently due to the fact that I am appointed counsel in another matter pending in this district, and PACER fees have been waived in connection with that appointment, when I filed the complaint, I was not prompted or given an opportunity to pay the filing fee using a credit card.

3. I conferred with the clerk's office on June 18, 2026, and June 19, 2026, and attempted again to pay the filing fee using a credit card but was unable to do so. When those attempts failed, I requested a check be mailed from our firm's finance department

1

to the clerk's office.

4.      Meanwhile, while that request was pending, the Court entered a text order on June 30, 2026 directing me to show cause why the case should not be stricken for failure to pay the filing fee and file the civil cover sheet (see Doc. No. 2). The Court directed that the deadline to respond to the order to show cause was July 30, 2026.

5.      The check arrived at the clerk's office and the filing fee was paid on July 2, 2026 (see Docket entry dated June 30, 2026). I filed the civil cover sheet on July 17, 2026 (see Doc. No. 3). Therefore, the filing fee has been paid and the civil cover sheet has been filed within the July 30, 2026 deadline set by the Court.

6.      The case was assigned to Judge Sinatra, and referred to mediation on July 17, 2026 (see Docket entries dated July 17, 2026). The summons was also issued on July 17, 2026 (see Doc. No. 5), and the summons and complaint are in the process of being served.

7.      I therefore respectfully submit that the Court should not dismiss this case for failure to pay the filing fee and file the civil cover sheet.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on: July 17, 2026
        Rochester, NY

_____
Jared Cook
TULLY RINCKEY, PLLC
*Attorneys for Plaintiff*
400 Linden Oaks, Suite 110
Rochester, NY 14625
Phone: (585) 492-7100

2